UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALLEN VICKS (#426156)

VERSUS

SGT. JERRY HAMPTON

CIVIL ACTION

NO. 10-629-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 24, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's claims against Gov. Jindal, Secretary LeBlanc and Warden Cain will be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and the claims against Jerry Hampton will be dismissed pursuant to Rule 4(m), Fed. R. Civ. P. And this action will be dismissed.

Baton Rouge, Louisiana, February 17, 2011.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA